ACCEPTED
06-15-00083-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/8/2015 3:49:50 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00083-CV

IN THE COURT OF APPEALS

FOR THE

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/8/2015 3:49:50 PM
DEBBIE AUTREY
Clerk

SIXTH SUPREME JUDICIAL DISTRICT OF TEXAS

AT TEXARKANA

TEXAS DEPARTMENT OF PUBLIC SAFETY     §     Appellant

V.                                    §

LOUIS LEROY KUHN                      §     Appellee

APPELLEE'S REQUEST FOR
EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Counsel for Appellee requests an Extension of Time to File the Appellee's Brief; the following is satisfied:

1. The trial court number is 15-0348C;

2. The County Court at Law of Hays County rendered judgment on August 11, 2015;

3. Notice of Appeal was filed by Appellant (Texas Department of Public Safety) on September 10, 2015;

4. Appellant's Brief was filed on November 9, 2015;

5. Appellee has only recently been capable of securing Appellee Counsel and was retained by Appellee by and through the Trial Counsel on December 1, 2015;

6. Counsel has since begun researching this matter, reviewing Appellant's Brief, the record and the law. Counsel has not received a copy of the Reporter's Record, however is in the process of securing such.

Appellee prays that this Court grant an extension of sixty (60) days in order to allow for the formal filing of Appellee's Brief to consider this matter on it's merits.

Respectfully submitted,

Scot Courtney
Attorney for Appellee
P. O. Box 787
San Marcos, Texas 78667-0787
512-392-9292
512-532-6766 FAX
State Bar #00790515

## CERTIFICATE OF SERVICE

By affixing his signature to the foregoing instrument, Scot Courtney certifies that a true and correct copy of the same has been delivered via email to the offices of the below-listed counsel, on this the 8th day of December, 2015.

_____
Scot Courtney

Kevin M. Givens
Texas Department of Public Safety
Kevin.Givens@dps.texas.gov

## CERTIFICATE OF CONFERENCE

By affixing his signature to the foregoing instrument, Scot Courtney certifies that Counsel has conferred with Appellate Counsel and Appellate Counsel, listed below does not oppose the Motion.

_____
Scot Courtney

Kevin M. Givens
Texas Department of Public Safety
Kevin.Givens@dps.texas.gov

VERIFICATION

STATE OF TEXAS                    §

COUNTY OF HAYS                    §

      BEFORE ME, the undersigned authority on this day, personally appeared Scot Courtney, who did depose and state as follows:

      "My name is Scot Courtney.  I have read the foregoing Motion.  All facts contained therein are true and correct."

_____\
Scot R. Courtney

      SWORN AND SUBSCRIBED to before me, the undersigned authority

on this the _____ day of _____, 2015.


_____        NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS